


&lt;biz2dev7777@gmail.com&gt;

(no subject)

&lt;biz2dev7777@gmail.com&gt;
&lt;biz2dev7777@gmail.com&gt;

Mon, Sep 16, 2024 at 12:13 PM



US FEDERAL DISTRICT COURT
MIDDLE DISTRICT NORTH CAROLINA

24 cv __831__

Verified Complaint for Declatory Summary Order quieting Title

EMMETT CALDWELL plaintiff
  vs
John Doe ( fictitious representing any person
or entity that claimed prior and may claim a interest right title estate, l
ien on or to the 6 parcels subject of this action
Real Estate ID #02-020-0029.00;# 12-007-0040.00,
# 12-037-0186.19#04-023-0138.00,# 04-037-0057.00
Parcel PIN # 56207316510000
defendants

Jurisdiction Diversity amount over $75,000

  THE FOLLOWING AFFIDAVIT IS VERIFIED TRUE UNDER OATH AND LAWS
AND PENALTY OF PERJURY

  1) PLAINTIFF RESIDES IN PUERTO RICO AND IS INDIGENT RECIVEING FOOD STAMPS
AND WAS GRANTED PUBLIC HOUSEING FOR INDIGENTS CANNOT SELL HIS PARCELS
DUE TO DEEDS TO HIS ANCESTORS IN TITLE LOST BEFORE RECORDING

1B) PLAINTIFFs STEP FATHER EMMETT A CALDWELL PURCHSED THE 6 PARCELS OVER 30 YEARS AGO AND
HIS ESTATED DEEDED 5 PARCELS THE DEED TO THE 6 PARCEL WAS LOST  FAMILY HAVE BEEN
 SOLE OWNERS OVER 30 YEARS OF THE PARCELS SUBJECTS OF THIS ACTION PLAINTIFF THE SOLE OWNER
WAS 2003 DEEDED THE 6 PARCELS LISTED IN PARAGRAPH 1C RESTATED GERE BY REFRENCE
 THE SUBJECTS OF THIS ACTION OWNED BY ANCESTOR IN TITLE THE PRIOR OWNER

1C THE PARCELS SUBJECTS OF THIS ACTION ARE LISTED BELOW AND FURTHER DESCRIBED BY  CABARRUS
COUNTY OFFICAL RECORDS AND IN THE REGISTER OF DEEDS TO WHICH RECORDS REFRENCE
IS MADE RESTATED INCORPERATED HERE BY REFRENCE OF THE FOLLOWING PARCELS

| PARCEL | DEED BOOK | PAGE | PIN # |
|---|---|---|---|
| 1  FOREST ST | 4616 | 277 | 56212413200000 |
| 2  MALVERN ST | 4616 | 279 | 56207355440000 |
| 3   EDEN ST/MISSOURI | 4616 | 280 | 56202428820000 |
| 4   BASIN ST | 4616 | 281 | 56139937160000 |
| 5   WOOD ST | 4829 | 266 | 56139734000000 |
| 6   MELROSE (aka Willow st ) | | 56207316510000 | |

ALL HEREIN BY REFRENCE RESTATED BY THE WORDS   THE PARCELS

  2) DUE TO DEEDS LOST BEFORE RECORDATION UNTIL 2003 DEEDS TO PLAINTIFF OF PARCELS 1-5 A BUYER
  STATED A QUIET TITLE ORDER WAS REQUIRED BEFORE PLAINTIFF COULD SELL THE PARCELS
   AND CANCELLED PURCHASE DUE TO CLOUD ON CHAIN OF TITLE THE PARCELS CANNOT BE SOLD AT AFAIR
   PRICE AND HAVE NO VALUE UNTIL A QUIET TITLE ORDER IS FILED

2b) AFTER QUIET TITLE ORDER BUYER REQUIRES PLAINTIFF CAN SELL THE VACENT LAND AND PAY COURT COSTS

3) PLAINTIFF TRIED TO SELL THE PARCELS HOWEVER WAS ADVISED A QUIET TITLE ACTION MUST BE FILED BEFORE PARCELS HAVE ANY VALUE

3a) BUYER CANCELLED APPROX $185,000 SALE OF THE PARCELS UNTIL A QUIET TITLE ORDER IS FILED DUE TO CHAIN OF TITLE ADVERSE CLAIMS

3b) THE MARKETABILITY AND VALUE OF PLAINTIFFS PROPERTY IS 0 UNTIL A ORDER QUIETING AND ALIENATEING TITLE TO PLAINTIFFS PROPERTYS THE PARCELS SUBJECTS OF THIS ACTION

4) PLAINTIFF IS SOLE OWNER OF THE 6 PARCELS DESCRIBED IN EXHIBIT A RESTATED HERE BY REFRENCE HOWEVER SUFFERS FINANCIAL HARDSHIP DUE TO AFOREMENTIONED AND PAINFUL DISABLITY

5) NO DEFENDANT HAS ANY LEGAL ADVERSE CLAIM OF OWNERSHIP OF THE SIX PARCELS SUBJECT OF THIS ACTION NOR JOHN DOE WHICH IS FICTICIOUS AND REPRESENTS UNKNOWN PERSONS OR ENTITYS WITH ANY ADVERSE CLAIM INTREST RIGHT ESTATE LIEN TO THE SIX PARCELS SUBJECT OF THIS ACTION

6 ) THE SIX PARCELS SUBJECT OF THIS ACTION ARE DESCRIBED IN EXHIBIT A RESTATED INCORPERATED HERE BY REFRENCE

                    CAUSE OF ACTION

7) JOHN DOE IS FICTICIOUS AND REPRESENTS ALL DEFENDANTS UNKNOWN UNLOCATABLE, DEFENDANTS PERSONS OR ENTITYS THAT CLAIMED PRIOR AND MAY CLAIM A INTREST RIGHT TITLE ESTATE LIEN ON THE PARCELS SUBJECT OF THIS ACTION AND SELLERS WHO REFUSED TO RECORD DEEDS IN VIOLATION OF KIRK ACT + TITLE 42 US CODE 1983
7b) THERE IS A CLOUD OVER THE PARCELS SUBJECTS OF THIS ACTION DUE TO PLAINTIFFS OWNERSHIP THRU 2003 ESTATE DEEDS AND RECENTLY FILED DEED

8) JOHN DOE DOES NOT HAVE ANY LEGAL CLAIM INTREST RIGHT TITLE OR ESTATE OF OWNERSHIP ECTERA TO THE 6 PARCELS STATED IN PARAGRAPH   SUBJECTS OF THIS ACTION ,NOR THEIR SUCESSORS AND ARE PRIOR OWNERS WHO IN RACEISM FAILED TO RECORD DEEDS OWED DUTY BREACH OF CONTRACTS
9) CLAIM FOR RELIEF A ORDER QUIETING TITLE TO PLAINTIFF THE SOLE OWNER OF THE SIX PARCELS SUBJECT OF THIS ACTION AND EXTINGUISHING ALL DEDENDANTS AND JOHN DOE AND SUCESSORS CLAIMS OF OWNERSHIP

WHEREFORE

 PLAINTIFF REQUESTS A DECLATORY SUMMARY ORDER BE FILED QUIETING TITLE TO THE PARCELS SIX VACENT LOTS TO PLAINTIFF SOLE OWNER ALSO A ORDER EXTINGUISHING ALL DEFENDANTS AND THEIR SUCESSORS CLAIMS INTRESTS RIGHTS ESTATES LIENS TO THE SIX PARCELS SUBJECT TO THIS ACTION.

DATED 9/14/24            *[signature]*
                         _____
                         AFFIANT Emmett W Caldwell


## Accidenta

Don I &lt;biz2dev7777@gmail.com&gt;            Mon, Sep 16, 2024 at 12:57 PM
To: Don I &lt;biz2dev7777@gmail.com&gt;

    COURT OF PRIMARY INSTANCE SAN JUAN

      C O M P L A I N T
      SUMMARY DECLATORY

  EMMETT CALDWELL pltf
      vs
METROPOLITAN BUS AUTHORITY ; MUNICIPALITY OF SAN JUAN ;JOHN DOE 1( UNIDENTIFIED OWNER OF LISCENCE PLATE #
  DIONISO ROMERO PIZARRO OR JOHN DOE 2 DRIVER THAT CAUSED ACCIDENT)JANE DOE OWNER OF CAR THAT CAUSE PLAINTIFFS INJURYS
  JOHN DOE 3 UNIDENTIFIED INSURANCE COMPANY OF CAR ; JAMES OMALLEY
        defs

                1ST CAUSE OF ACTION

 1}A A RED CAR DRIVEN BY UNLISCENCED BOY MADE A TURN ONTO FERNANDAN JUNCOS APPROX 17:40 ON  MAYOL IN FRONT OF THE MINIBUS HITTING EXACT SPOT PLAINTIFF LEANING AGAINsST CAUSEING SEVER
  PERMANENT INJURYS

 1B) POLICE REPORT  # 2024-1-566-004990 OF 5/2/24 STATES AGENT CARLOS  RIVERA FELICIANO # 36393 (SARGENT  JOSE GUZMAN SANTANA) STATED CAR"" ENCOUNTERED A RED LIGHT
BUT WENT THRU IT AND IMPACTED T
HE LATERAL SIDE OF VEHICLE #2

 1C PAGE 7 OF POLICE REPORT STATES: ...PADRE ENCARGADO O TUTOR DE MENOR ( DRIVER NAME ) DIONISO  ROMERO PIZARRO" LISCENCE # 592636

 1D) PLAINTIFF SUFFERED SEVER PERMENANT INJURYS TO R HIP BACK SHOULDER AND L ANKLE AND RIGHT ANKLE HEAD AS A DIRECT PROXIMATE RESULT OF THE COLLISSION BY DRIVER DIONISO ROMERO PIZARRO BELOVED PERMENANT EXTREEM SEVER DISABLING PAIN

    1ST CAUSE OF ACTION JOHN DOE  2

1E PARAGRAPH    RESTATED INCORPERATED HEREIN BY REFRENCE

1F  PARAGRAPH    RESTED INCORPERATED HERE BY REFRENCE

 1G JOHN DOE 2 IS WHITE 19-20 year MALE.DRIVER OF RED CAR THAT HIT PLAINTIFF AS PLAINTIFF SAT INSIDE MINIBUS THAT JOHN DOES CAR HIT APPROX 545 PM 5/2/24 PLAINTIFF SUFFERED
 SEVER DiSABLEING INJURYS DIRECT PROXIMATELY DUE TO MINIBUS BEING HIT DIRECTLY WHERE PLAINTIFF SAT (AT INTERSECTION OF FERNANDEZ JUNCOS AND MAGOL  IN SANTRUCE) BY A RED CAR (EXHIBIT)
PLATE MARBET #.  05664888  VIN # JKPA25AB3JE040805  KIA QUINTO   DRIVEN BY 17 YEAR OLD  MALE JOHN DOE

1H  DRIVER JOHN DOE ADMITTED HE WAS "...LOOKING THE OTHER WAY AND I DID NOT SEE MINIBUS " THEN CRASHED HIS CAR INTO BUS DIRECTLY IN FRONT OF RIGHT SIDE OF BUS HITTING
 PLAINTIFF WHO WAS LEANING AGAINST MINI BUS SIDE BELOW WINDOW DIRECT PROXIMATE CAUSE OF SEVER. PAINS TO RIGHT HIP  SHOULDER NECK BACK KNEE WRIST BELIVED PERMENANT

1I PLAINTIFF CANT AFFORD THE MEDICAL CARE AND THERAPY EXPENSES NEEDED UNLESS IMMEDIATE PAYMENT FOR PERMENANT INJURYS SUFFERED

1J   CLAIM FOR RELIEF JOHN DOE 2 PAY PLAINTIFF $500,000.00 AND APPROPIATE RELIEFS AND LEGAL FEES

1K - MUNICIPALITY FAILED DUTY TO PLACE A STOP SIGN OR TRAFFIC LIGHT AT ACCIDENT ACCIDENT SITE INTERSECTION MAGEL & FERNANDEZ JUNCOS SANTRUCE

1L POLICE ACCIDENT REPORT # 2024-566-004996 BY AGENTE CARLOS RIVERIA# 36393
1M DEFENDANTS BUS DRIVERS HAVE A PATTERN AND HISTORY OF FAST RECKLESS DRIVING AT INTERSECTIONS DURING RUSH HOURS 5-6PM PREVENTING CARS TURNING BY RAM RODDING THEIR BUSES IN FRONT OF & PAST & AGAINST TURNING CARS PARTLY IN INTERSECTION TURNING AS OCCUREED IN THIS CASE THAT RESPONDANT SUPERIOR FAILS DUTY TO PROPERLY TRAIN AND SUPERVISE AGAINST FORSEEABLE INJURYS AND ACCIDENT PLAINTIFF SUFFERED
1N DEFENDANT SAN JUAN MUNICIPALITY AND AMA FAIL DUTY OWED PASSENGERS TO INSTALL Turning Car ALARM/WARNING DESPITE FORSEEABLE NEED DUE TO DAILY NEAR CRASHS INTO CARS TURNING INTO BUS PATH SEVERAL TIMES PER TRIP NEAR ACCIDENTS AND PASSENGER INJURYS

1O IMPACT OF ACCIDENT CRASH WAS SO FORCEFUL IT DISLOGED A PHONE HIDDEN SQUEEZED IN BETWEEN SEATS PLAINTIFF TURNED IN TO BUS DRIVER

1 P MUNICIPALITY OF SAN JUAN IS LIBAL AS RESPONDANT SUPERIOR OF BUS DRIVER JOHN DOE WHO FAILED TO AVOID ACCIDENT AND WAS DRIVING AGGRESSIVELY CONTRIBUTED 1/3 TO PLAINTIFFS INJURYS BUS DRIVER FAILED DUTY TO AVOID FORSEEABLE ACCIDENT AS BUS DRIVER PRIOR TO IMPACT SAW AND KNEW DRIVER WAS LOOKING THE OTHER WAY AND CAR WAS PART IN INTERSECTION TURNING AS IMPACT DAMAGE TO CAR ATTEMPTING LEFT TURN WAS ON FRONT RIGHT SIDE

1Q MUNICIPALITY OF SAN JUAN IS RESPONDANT SUPERIOR AND LIBAL FOR PLAINTIFFS INJURYS DUE TO FAILURE TO PROPERLY TRAIN BUS DRIVER JOHN DOE 3 AND REQUEST STOP SIGNS AND LIGHTS AT INTERSECTION AND RECKLESS ACTS OF BUS DRIVER

1R 5/2/24 545PM PLAINTIFF WAS RIDEING ON SAN JUAN #35 BUS IMMEDIATELY NEXT TO WINDOW THAT WAS HIT BY. A RED CAR DRIVEN BY 17 YEAR OLD WHO STATED HE WAS LOOKING THE OTHER WAY WHEN HE ACCELLERATED AND HIT #35 BUS IMNEDIATELY IN FRONT OF PLAINTIFF

2 #35 BUS IS OWNED BY METROPOLITABN BUS AUTHORITY

3 MUNICIPALITY OF SAN JUAN FAILED DUTY OWED TO POST STOP SIGN AT STREET CORNER OF ACCIDENT DIRECT PROXIMATE CAUSE OF ACCIDENT STATED IN PARAGRAPH 1 AND PLAINTIFFS INJURYS STATED HEREIN RESTATED INCORPERATED BY REFRENCE

4 ACCIDENT OCCURED APPROX 545PM 5/2/24 AT FERNAND JUNCOS AND MAYRD ROADS

5 DIRECT AND PROXIMATELY DUE TO SAID DEFENDNANTS GRISS NEGLIGENT RECKLESS ACTS COMPLAINED IN PARG 1 RESTATED HERE BY REFRENCE THAT INJURED PLAINTIFF ,HE WAS TREATED FOR HIS INJURYS AT DRS HOSPITAL BY DR EDWIN MORALES WHO PRESCRIBED TORADOL AND BACLOFIN DUE TO PLAINTIFFS SEVER INJURYS TO R SHOULDER RIGHT HIP AND NECK CERVICAL SPRAIN AND STRAIGHTING OF NECK NORMALLORDOTIC CURVATURE (EXHIBIT)

5 B DR HOSPITAL EMERGENCY ROOM RECORDS STATED 5/2/24 PLAINTIFF WAS TREATED IN DUE TO INJURYS SUSTAINED CERVICAL SPRAIN ACUTE SPRAIN OF LIGAMENT OF CERVICAL SPINE PAIN IN RIGHT HIP MUSCLE SPASAM BURSITIS OF RIGHT SHOULDER (EXHIBIT)

5C ALL DEFENDANTS ARE JOINT AND SEVERABLY LIBAL

   CAUSE OF ACTION

6A PARAGRAPH   RESTATED INCORPERATED HERE BY REFRENCE

6B PARAGRAPH   RESTATED INCORPERATED HEREIN BY REFRENCE

6  MUNICIPALITY OF SAN JUAN WAS GROSS NEGLIGENT IGNOREING FORSEEABLE ACCIDENT AND PLAINTIFFS SEVERE INJURYS AND PAINS AND SUFFERING AND DISABILITY DIRECT PROXIMATELY CAUSED BY FAILURE TO HAVE STOP SIGN OR RED LIGHT THAT WOULD HAVE PREVENTED ACCIDENT STATED IN PARAGRAPH 1 RESTATED HERE BY REFRENCE

7 AS A DIRECT PROXIMATE CAUSE OF DEFENDANTS GROSS AND RECKLESS ACTS AFORESTATED PLAINTIFF SUFFERED PERMENANT DISABELING INJURYS TO HIS NECK RIGHT HIP BACK RIGHT SHOULDER AND RIGHT HAND RIGHT KNEE ONGOING

8 MUNICIPALITY OF SAN JUAN REFUSES TO PLACE STOP SIGNS DECIETFULLY TO SPEND THE MONEY ELSEWHERE KNOWING FAILURE WILL LIKELY FORSEEABLE CAUSE INJURYS AND DEATH AND ACCIDENTS AS PLAINTIFF SUFFERED

CAUSE OF ACTION

9) INSURANCE COMPANY WAS GROSS NEGLIGENT ALLOWING JOHN DOE TTO DRIVE WITHOUT VERIFYING HE KNEW TO LOOK IN THE DIRECTION OF ONCOMING TRAFFIC TO HIS LEFT BEFORE TURNING RIGHT IN FRONT OF ONCOMING TRAFFIC TO HIS LEFT

10  CLAIM FOR RELIEF $500,000.00

CAUSE OF ACTION

11) UNKNOWN OWNER OF THE RED CAR THAT HIT PLAINTIFF WAS GROSS NEGLIGENT BY FAILING TO VERIFY DRIVER THAT HIT AINTIFF KNEW TO LOOK IN DIRECTION OF ONCOMING TRAFFIC BEFORE MAKING A TURN IN FRONT OF ONCOMING TRAFFIC DIRECT PROXIMATE CAUSE OF PLAINTIFFS SEVER DISABLING INJURYS TO BACK NECK RIGHT HIP RIGHT ANKLE

12) CLAIM FOR RELIEF $500,000.00

CAUSE OF ACTION

13 JAMES OMALLEY OWNED THE FORD F550 INVOLLVED IN THE ACCIDENT  MARBET # 036692517 VIN 1FDGF5GT3CEC73608 INVILVED IN THE ACCIDENT AND IS LIABL FOR INJURYS PLAINITFF SUFFERED AS STATED IN PARG     RESTATED HERE BY REFRENC

14 PARAGRAPH     RESTATED  INCORPERATED HERE BY REFRENCE

15 PARAGRAPH     RESTATED INCORPERATED HERE BY REFRENCE
[Quoted text hidden]