IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EMMETT CALDWELL,

          Plaintiff,

    v.

JOHN DOE, et al.,

          Defendants.

1:24-CV-831-DAB-JEP

## **ORDER**

This matter is before the Court for review of the Order and Recommendation filed on March 17, 2026. *3/17/26 Order and Recommendation of United States Magistrate Judge*. The Magistrate Judge recommends dismissing Plaintiff's action under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted within the jurisdiction of this Court. *Id*. The deadline for objections passed on April 3, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ordered that the Magistrate Judge's Recommendation, *3/17/26 Order and Recommendation*, is adopted and this action is dismissed without prejudice.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 17th day of April, 2026.

/s/ David A. Bragdon
United States District Judge